# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
Facebook Account User Identification Number )
"100004360726527" )  Case No. 16-858M (NT)
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

See Attachment A

located in the Eastern District of Wisconsin, there is now concealed:

See Attachment B

The basis for the search under Fed. R. Crim P. 41(c) is:

■ evidence of a crime;
■ contraband, fruits of crime, or other items illegally possessed;
■ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of: 18 U.S.C. § 2113(a) and (d) and 924(c)

The application is based on these facts: See attached affidavit.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days:_____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Benjamin Hruz, FBI
*Printed Name and Title*

Sworn to before me and signed in my presence:

Date: May 17, 2016

_____
*Judge's signature*

City and State: Milwaukee, Wisconsin          Honorable Nancy Joseph          , U.S. Magistrate Judge
*Printed Name and Title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Benjamin Hruz, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed for over nineteen years.  I am currently assigned to the Milwaukee Area Violent Crimes Task Force ("MAVCTF").  My duties as a Special Agent with the FBI include investigating violent crimes such as commercial robberies, carjackings, bank robberies and violent criminal enterprises.  I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, and federal law enforcement agencies.

3.     This affidavit is based upon my personal knowledge as well as information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.  This affidavit is also based upon information gathered from interviews of citizen witnesses, reports, official records, law enforcement reports, and my training and experience.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 2113(a) and (d) (armed bank robbery) and 924(c)(brandishing a firearm in furtherance of a crime of violence) have been committed by Bobby Mickey and others.

5. More specifically, I seek authorization to search Facebook's information associated with Bobby Mickey:

| NAME | FACEBOOK IDENTIFICATION (UID) | FACEBOOK NAME |
|------|-------------------------------|---------------|
| Bobby Mickey | 100004360726527 | Bobby Mickey (Bill TheGreat) |

## PROBABLE CAUSE

6. Law enforcement is investigating a series of bank robberies and casing incidents that occurred in Milwaukee between at least March 2015 through August 2015. The investigation to date shows that the group would send at least one female into the bank. The female would inquire about either opening an account or using the restroom. The female would then leave the bank. Shortly thereafter, one or two black males would enter the bank and commit a robbery. Sometimes their efforts would be thwarted when the tellers locked the doors of the bank upon noticing the female suspect casing the bank and the men approaching wearing masks on their faces.

### BMO Harris Bank Robbery on March 19, 2015

7. On March 19, 2015, the same BMO Harris Bank located at 414 W. National Avenue, was robbed by two black males at 9:20 a.m. Both subjects brandished black semi-automatic handguns. They pointed the guns at the bank employees and ordered the employees

2

on the floor. One subject entered the employee area while the other stood guard near the bank doors. They obtained approximately $6,060 in stolen U.S. currency.

## Bank Mutual Casing Incident on May 4, 2015

8. On May 4, 2015, at approximately 11:08 a.m., Bank Mutual located at 8050 W. Capitol Drive, in Milwaukee, Wisconsin was believed to be cased. The surveillance footage captured what tellers believed to be two individuals casing the bank. The footage shows a black female subject enter the bank and leave shortly thereafter. The footage then shows a black male subject standing outside of the bank and approach the bank doors. The subject had his face covered and the tellers feared that he was going to commit a robbery. In response, the tellers kept the doors locked and refused to allow anyone access to the bank.

## BMO Harris Bank Robbery on May 7, 2015

9. On May 7, 2015, the same BMO Harris Bank located at 414 W. National Avenue, was robbed by two black males at 12:36 p.m. According to witnesses, one of the males displayed a black semi-automatic handgun. Both men were described as approximately 6'0" tall, 18-25 years of age, with slim builds. The men stole approximately $11,453 in US currency from the federally insured bank.

10. According to one witness outside the bank, another witness who entered the bank just prior to the robbery and one of the security guards, a black female walked up to the locked bank doors just prior to the robbery. She patted her pockets, as if she lost something. She then gestured to the guard that she would be back in a minute (index finger in the air). She then walked to the alley west of the bank where two black males were standing. The guard did not see her meet with the males, but the witnesses did. ·

3

11.     The female then returned to the bank doors as another customer entered the bank. She grabbed the doors before they closed. The two males then ran up behind her, pushed her out of the way, and used the security guard as a shield as they entered the bank to rob it.

12.     A later review of the surveillance footage reflects that a second black female entered the bank approximately 45 minutes prior to the robbery to ask about opening an account. Dominique Brown identified herself as this female; however, she claimed that she had no involvement in the robbery.

13.     Cell site records for telephone number (414) 698-1712, a phone used by Dominique Brown, reflect that the phone was utilizing a cell tower in close proximity to the victim BMO Harris Bank from 12:35 p.m. to 12:37 p.m. (Robbery occurred at 12:35 p.m.) Similarly, cell site records for Dominique's brother, Bobby Mickey, show that his phone with number (414) 394-8790 was utilizing a tower near the bank during the time that the first female entered the bank around 11:40 a.m. (casing at 11:48 a.m.) and just before the robbery at 12:28 and 12:32 (robbery at 12:37 p.m.).

14.     One of the robbers in the BMO Harris Bank robbery appeared to be wearing the same shirt/jacket that the black male who approached the Bank Mutual doors was wearing on May 4, 2015. In addition, Bobby Mickey's cell site records show that his phone was also in use in close proximity to the Bank Mutual for six calls between 10:53 a.m. and 11:08 a.m. (casing at 11:08 a.m.).

15.     A cooperating source, hereinafter CS-1, who has provided information that has been corroborated independently through physical evidence and other investigation, and who is familiar with Bobby Mickey identified one of the robbers in the May 7, 2015 robbery as Bobby Mickey. CS-1 further identified the black male outside the Bank Mutual on May 4, 2015, as

4

Bobby Mickey. CS-1 is currently in state custody and recently pled guilty to two counts of second degree reckless homicide (PTAC) and one count of Child Enticement. CS-1 provided this information under a proffer agreement and is hoping to receive a reduction in his state sentence for his/her information.

16. Further, while Bobby Mickey has been in federal custody at the Waukesha County Jail, Mickey has made inculpatory statements to a fellow inmate. Mickey told the inmate that he and his brothers robbed several banks, including one on the south side. Mickey did not provide the inmate with names of any of the banks, but provided details regarding one of the robberies, consistent with the BMO Harris Bank robbery on May 7, 2015. Mickey stated that he instructed one of his sisters to walk up to the bank to see if she could open the door. When she was able to open the door, he pushed her aside, rushed into the bank, and robbed it. He stated that after the robbery, he ran to Ms. Johnson's home, which was near the bank. He stated that he always took a gun into the banks, but never shot any rounds off. He stated that he took the cash and ran out. He further stated that he used a Buick registered to Karina Johnson to complete some of the robberies. He stated that he would circle the banks several times ahead of time to conduct surveillance. Mickey stated that he has been doing robberies since he got out of custody. He stated that the robberies were a "family affair," and that he "used his sisters as pawns."

17. On Dominique Brown's Facebook page, "Msmagnifasent Lyen Brown." On Brown's Facebook page, in addition to multiple photos of Dominique Brown, law enforcement observed a photo from May 7, 2015, showing a "fan" of bills ranging from $1 to $100 (more than 50 bills total). The caption reads, "no tax money made this in seconds..." The serial number from one of the bait bills from BMO Harris Bank robbery is clearly visible in the photo.

5

## BMO Harris Bank Casing Incident on July 6, 2015

18. On July 6, 2015, the owner of business near the victim BMO Harris Bank described above called police to report two black males and a black female parked in the alley behind his business (which alley abuts the west side of the bank). According to the business owner, the female got out of the car and walked toward the bank. The males appeared to be the same ones who robbed the bank on May 7, 2015. The business owner was one of the ones who had seen the robbers on May 7 outside the bank. The business owner provided surveillance footage of the suspect vehicle, which was determined to be registered to Bobby Mickey's girlfriend, Karina Johnson. The BMO Harris bank was never robbed on July 6th.

19. Cell site records for Bobby Mickey's phone (414) 394-8790 show the phone utilizing a nearby cell phone tower between 1:56 p.m. and 2:27 p.m. (casing at 2:30 p.m.)

20. CS-1 identified the female as Doris Brown, another sister of Bobby Mickey. CS-1 further identified the suspect vehicle, a maroon Buick, as the vehicle Bobby Mickey used during that time period. CS-1 stated that Mickey used robbery proceeds from the May 7, 2015 robbery to purchase the vehicle. Mickey's girlfriend, K.J., also confirmed that Mickey purchased a Buick right around this time.

## Layton State Bank Robbery on July 7, 2015

21. On July 7, 2015, at approximately 11:06 a.m., the federally insured Layton State Bank, located at 2740 W. Forest Home Avenue, was robbed by two black males who were similar in description to the males who robbed the BMO Harris on May 7, 2015. A black female entered the bank 20 minutes prior to the robbery to ask about opening an account. The robbers obtained $15,554 and a dye pack during the robbery. Dye-stained money was located in the back

6

yard of a nearby house. Surveillance from a house located nearby, showed that the robbers fled from the bank through the back yard of the house where the money was recovered.

22. Cell site records for Dominique Brown's telephone number (414) 698-1712, reflect that the phone was utilizing a cell tower in close proximity to the Layton State Bank at 10:59 a.m. (Robbery occurred at 11:06 a.m.) Dominique identified herself in the surveillance footage, but claimed that she only entered the bank to use the restroom.

23. CS-1 identified Dominique Brown as the female suspect. CS-1 further identified Bobby Mickey as one of the two robbery suspects. CS-1 stated that after this robbery, he saw that Mickey's cell phone had a red stain on it and Mickey told CS-1 it was from the robbery when the dye pack exploded. Mickey was wearing a yellow/green shirt with a camouflage design on it. Mickey's girlfriend, K.J., also identified him as one of the robbers in the surveillance footage.

24. Similarly, cell site records for Bobby Mickey's telephone number (414) 394-8790 show the phone utilizing a tower near Layton State Bank at 10:47 a.m. and 10:53 a.m. (robbery at 11:06 a.m.)

## Layton State Bank Casing/Attempt on August 13, 2015

25. On August 13, 2015, at 12:12 p.m., a female entered the same Layton State Bank located at 2740 W. Forest Home and asked about opening up an account. The tellers recognized the female as one of the individuals involved in the casing for the robbery on July 7, 2015. Shortly thereafter, at about 12:40 p.m., the tellers observed two black males approaching the bank wearing masks on their faces and baseball hats. The bank employees locked the doors to the bank.

7

26. CS-1 and Mickey's girlfriend viewed the surveillance footage from the casing and robbery attempt. They both identified the female as one of the Brown sisters, either Doris or Dominique. They further identified one of the black male subjects who was attempting to gain entrance to the bank to be Bobby Mickey.

## PNC Bank Robbery on August 14, 2015

27. On Friday, August 14, 2015, at approximately 4:09 p.m., the federally insured PNC Bank branch located at 3545 S. Kinnickinnic Ave., St. Francis, WI was robbed by two armed and masked black male subjects. The subjects entered the bank from the west entrance and immediately confronted the employees and customers inside the bank. Suspect #1 then stored his handgun in his front sweatshirt pocket and proceeded to jump over the teller counter window and demanded that the tellers, "open the drawer." Suspect #2 stayed in the bank lobby with his handgun out ordering the victims to sit down and be quiet. After Suspect #1 received cash from the teller drawers, he demanded that the employees open the door that lead to the room behind the teller line. The teller attempting to open the door was unable to do so at which time Suspect #1 grabbed her by her upper arm and told her to open up additional teller drawers. When this teller told the suspect she could not open additional drawers, Suspect #1 jumped back into the bank lobby and yelled out to the other suspect, "she flipped the switch, let's go." Both suspects then ran back out the west doors of the bank. No vehicle was seen.

28. CS-1 identified the robber in the red Wisconsin sweatshirt, Suspect #1, as Bobby Mickey. Mickey's girlfriend, K.J., also stated that she recognized the sweatshirt as a sweatshirt that Mickey owned.

8

29.     Further investigation of Dominique Brown's Facebook page revealed a photo posted to Dominique's account after the August 14, 2015 PNC Bank robbery. The photo depicts stacks of cash and a black garbage bag similar to the one used in the robbery.

30.     CS-1 confirmed that Bobby Mickey uses Facebook username "Bobby Mickey (Bill TheGreat)," which is associated with Facebook Identification Number 100004360726527. The publically viewable photos on Bobby Mickey's Facebook page show a number of photos of Bobby Mickey.

31.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

32.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

33.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can

9

exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

34. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

35. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

36. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video.

10

When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

37.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

38.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

39.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

40.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

41.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log

11

includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

42.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

43.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

44.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

45.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

46.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings;

12

rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

47.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

48.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

49.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user

13

attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

50. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

14

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

51.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

52.     Based on the forgoing, I request that the Court issue the proposed search warrant. I submit that there is a probable cause to believe that Bobby Mickey committed the above-described bank robberies. I am aware that individuals involved in robberies commonly post on their personal Facebook pages photographs of robbery proceeds and other tools and articles used to commit robberies. I am further aware that at least two individuals have identified Mickey in the surveillance footage based, in part, on the distinct clothing of one of the robbers. These individuals recall Mickey wearing some of the clothing items on other occasions. I submit that there is probable cause to believe that Bobby Mickey's Facebook records contain evidence of his involvement in the above-described robberies. This evidence may include, but is not limited to, photos of Mickey wearing the same clothing he wore during the robberies, identification of his phone number, and/or photos of proceeds from the robberies.

53.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States in the Eastern District

15

of Wisconsin that has jurisdiction over the offense being investigated." 18 U.S.C. § 2113(a) and (d) (armed bank robbery) and 924(c)(brandishing a firearm in furtherance of a crime of violence)

54.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant

16

## ATTACHMENT A

### Property to Be Searched ·

This warrant applies to information associated with the following Facebook Account(s):

| NAME | FACEBOOK IDENTIFICATION (UID) | FACEBOOK NAME |
|------|-------------------------------|---------------|
| Bobby Mickey | 100004360726527 | Bobby Mickey (Bill TheGreat) |

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

2

## ATTACHMENT B

### Particular Things to be Seized

## I.    Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)    All contact and personal identifying information, including for user "Bobby Mickey (Bill TheGreat)" with user ID 100004360726527: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)    The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

2

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 2113(a) and (d) (armed bank robbery) and 924(c)(brandishing a firearm in furtherance of a crime of violence) involving Dominique BROWN since March 1, 2015, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Communications between known subjects. Communications of between known subjects and unknown subjects. Pictures of clothing and firearms used during captioned investigation. Preparatory steps taken in furtherance of the robbery.

(b) Communications related to photos/attachments. Communications related to travel. Communications related to dates.

(c) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(d) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(e) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(f) The identity of the person(s) who communicated with the user ID 100004360726527 regarding matters relating to the aforementioned violations of the United States Code.

3